✑AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| UNITED STATES<br>V.<br>TROY BREWER | | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 04-10167-RGS |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>BOWLER | | | PLAINTIFF'S ATTORNEY<br>DAVID TOBIN | | DEFENDANT'S ATTORNEY<br>ROGER COX |
| TRIAL DATE (S)<br>6/4/04 | | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  |  | 6/4/04 |  |  | SPC. AGENT EDGAR SARABIA |
| 1 |  | 6/4/04 | X | X | EVERETT POLICE DEPT. FORMAL REPORT dtd. 6/1/04 |
| 2 |  | 6/4/04 | X | X | CRIMINAL COMPLAINT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages