AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

TROY BREWER

WARRANT FOR ARREST

CASE NUMBER: 04 CR 10167 RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ TROY BREWER ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute hydrocodone and distribution of hydrocodone

in violation of
Title 21   United States Code, Section(s) 846 and 841(a)(1)

Catherine A. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

5-28-04 Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY NE HIOTA | |
| DATE OF ARREST | BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 06/02/2004 | |

This form was electronically produced by Elite Federal Forms, Inc.

04CR10167RCL

AO 442 (Rev. 5/93) Warrant for Arrest

CID#
853101

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: TROY BREWER

ALIAS:

LAST KNOWN RESIDENCE: 22 Malden Street, Everett, MA

LAST KNOWN EMPLOYMENT: Unknown

PLACE OF BIRTH: Boston, MA

DATE OF BIRTH (4 digit year): 00-00-1967

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 1928

HEIGHT: 5'11"                                    WEIGHT: 160 pounds

SEX: Male                                        RACE: African-American

HAIR: Black                                      EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 111016FA6

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: