UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br> )<br> v.    )<br> )<br>**(1)   ADAM ELLARD,**    )<br>**(2)   TROY BREWER,**    )<br>**(3)   TIMOTHY HERLIHY**   )<br> )<br> ) | CRIMINAL NO. 04-CR-10167-RCL |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from July 12, 2004 (the date of the Initial Status Conference) to and including September 10, 2004 (the date of the Final Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendants, through counsel, assented to this request at the Initial Status Conference on July 12, 2004.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney


                            By: /s/ David G. Tobin
                                DAVID G. TOBIN
                                Assistant U.S. Attorney

July 13, 2004