# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10167-RCL

UNITED STATES OF AMERICA

v.

TROY BREWER

## *FINAL STATUS REPORT*

September 13, 2004

**BOWLER, Ch.U.S.M.J.**

      The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

      1. The Indictment in the above-entitled case, which charges the defendant with conspiracy to possess with the intent to distribute hydrocodone, was returned on May 24, 2004;

      2. The defendant was arraigned on the Indictment on June 4, 2004;

      3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately ten witnesses and that the trial would last approximately four days;

5. Defense counsel has indicated that the case will be resolved by way of a trial;

6. As of the date of this Final Status Report, time has been excluded through September 10, 2004;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge