UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-CR-10167-RCL |
| ) | |
| v. ) | **VIOLATIONS:** |
| ) | |
| (1) ADAM ELLARD ) | 21 U.S.C. § 846 - |
| (2) TROY BREWER ) | Conspiracy to Possess with Intent |
| (3) TIMOTHY HERLIHY ) | to Distribute, and to Distribute, |
| Defendants. ) | Hydrocodone |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) - |
| ) | Possession With Intent To |
| ) | Distribute and Distribution of |
| ) | Hydrocodone |
| ) | |
| ) | 18 U.S.C § 2 - |
| ) | Aiding and Abetting |
| ) | |
| ) | 21 U.S.C. § 853 - |
| ) | Criminal Forfeiture Allegation |

**SUPERSEDING INDICTMENT**

<u>COUNT ONE:</u>  **(21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Hydrocodone)**

The Grand Jury charges that:

On or about March 3, 2004, at Revere and elsewhere in the District of Massachusetts,

      **1. ADAM ELLARD**
      **2. TROY BREWER, and**
      **3. TIMOTHY HERLIHY**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons unknown to the Grand Jury, to distribute, and to possess

with intent to distribute, hydrocodone, a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:        (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute and Distribution of Hydrocodone; 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about March 3, 2004, at Revere, in the District of Massachusetts,

        1. **ADAM ELLARD**,
        2. **TROY BREWER**, and
        3. **TIMOTHY HERLIHY**,

defendants herein, did knowingly and intentionally distribute, and possess with intent to distribute, hydrocodone, a Schedule III controlled substance.

    All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATION:**   (21 U.S.C. § 853)

The Grand Jury further charges that:

   1.   As a result of the offenses alleged in Counts 1 and 2 of this Indictment,

>  1. **ADAM ELLARD,**
>  2. **TROY BREWER, and**
>  3. **TIMOTHY HERLIHY,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

   2.   If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

-4-

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1. As to the offenses charged in Counts One and Two of this indictment and relevant conduct as described in U.S.S.G. § 1B1.3, the Defendant ADAM ELLARD is accountable for a quantity of hydrocodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 250 grams of marijuana but less than 1 kilogram of marijuana. Accordingly, USSG §2D1(c)(16) applies to this defendant.

2. The defendant ADAM ELLARD, at the time of the offenses charged in this indictment, was a career offender. Accordingly, USSG §4B1.1 applies to this defendant.

3. The Defendant ADAM ELLARD was an organizer, leader, manager, and supervisor of the criminal activity charged in this indictment. Accordingly, USSG §3B1.1(c) applies to this defendant.

4. As to the offenses charged in Counts One and Two of this indictment and relevant conduct as described in U.S.S.G. § 1B1.3, the Defendant TROY BREWER is accountable for a quantity of hydrocodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 250 grams of marijuana but less than 1 kilogram of marijuana. Accordingly, USSG §2D1(c)(16) applies to this defendant.

5. The defendant Troy Brewer, at the time of the offenses

charged in this indictment, was a career offender. Accordingly, USSG §4B1.1 applies to this defendant.

6. As to the offenses charged in Counts One and Two of this indictment and relevant conduct as described in U.S.S.G. § 1B1.3, the Defendant TIMOTHY HERLIHY is accountable for a quantity of hydrocodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 250 grams of marijuana but less than 1 kilogram of marijuana. Accordingly, USSG §2D1(c)(16) applies to this defendant.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; December ___, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
12/16/04
@ 3:55pm

-8-

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. II   Investigating Agency  DEA

~~y~~ Boston    Related Case Information:

County  Suffolk    Superseding Ind./ Inf.  X   Case No. 04CR10167RCL
Same Defendant  X   New Defendant
Magistrate Judge Case Number   04-822-MBB
Search Warrant Case Number
R 20/R 40 from District of

## Defendant Information:

Defendant Name   Timothy Herlihy   Juvenile:  ☐ Yes  X No

Alias Name

Address   19 Tibbette Street, Danvers, MA

Birthdate: 1973   SS # 9652   Sex: Male   Race: Caucasion   Nationalit USA

Defense Counsel if known:   Matthew A. Kamholtz, Esq.   Address  125 Summer Street

Bar Number         Boston, MA

## U.S. Attorney Information:

AUSA   Michael J. Pelgro; David G. Tobin   Bar Number if applicable

Interpreter:   ☐ Yes   X No   List language and/or dialect:

Matter to be SEALED:   ☐ Yes   X No

☐ Warrant Requested    X Regular Process    In Custody

## Location Status:

Arrest Date   April 15, 2004

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:   Chief USMJ Bowler   on   April 20, 2004

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony  2 counts

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ~~May 27, 2004~~   Signature of AUSA:  _[signature]_
Dec 16, 2004

**District Court Case Number** (To be filled in by deputy clerk): _____

Name of Defendant    Timothy Herlihy

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Hydrocodone | One |
| Set 2 | 21/841(a)(1) | Distribution of Hydrocodone/Aiding & Abetting | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

ellard.js45.form2.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA...)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. II   Investigating Agency  DEA

y  Boston   Related Case Information:

County  Suffolk   Superseding Ind./ Inf.  X   Case No. 04CR10167RCL
Same Defendant  X   New Defendant
Magistrate Judge Case Number  04-822-MBB
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Adam Ellard   Juvenile:  ☐ Yes   X No
Alias Name
Address  Shepton Street, Dorchester, MA
Birthdate: 1972   SS # 9734   Sex: Male   Race: Caucasion   Nationalit USA
Defense Counsel if known:  James J. Coviello, Esquire   Address 281 Beach Street
Bar Number       Revere, MA

**U.S. Attorney Information:**

AUSA  Michael J. Pelgro; David G. Tobin   Bar Number if applicable
Interpreter:  ☐ Yes   X No   List language and/or dialect:
Matter to be SEALED:  ☐ Yes   X No

☐ Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date  April 12, 2004

X Already in Federal Custody as of   April 13, 2004   in  USMS
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: ____ on ____

**Charging Document:**  Complaint   ☐ Information   X Indictment
**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____   X Felony 2 counts

Continue on Page 2 for Entry of U.S.C. Citations

X  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 27, 2004   Signature of AUSA: _____
Dec 16, 2004

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Adam Ellard

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Hydrocodone | One |
| Set 2 | 21/841(a)(1) | Distribution of Hydrocodone | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

ellard.js45.form.wpd - 2/7/02

**Criminal Case Cover Sheet**                                                                 **U.S. District Court - District of Massachusetts**

**Place of Offense:**           Category No. __II__        Investigating Agency __DEA__

y __Boston__                    **Related Case Information:**

County __Suffolk__              Superseding Ind./ Inf. ~~04-cr-10167~~ Case No. __04CR10167RCL__
                                Same Defendant _____ New Defendant _____
                                Magistrate Judge Case Number __04-822-MBB__
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Troy Brewer__                                    Juvenile:   ☐ Yes   X No

Alias Name _____

Address __22 Malden Street, Everett, MA__

Birthdate: __1967__   SS # __1928__   Sex: __Male__   Race: __Black__   Nationalit __USA__

**Defense Counsel if known:**   __Unknown__           Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA __Michael J. Pelgro; David G. Tobin__   Bar Number if applicable _____

Interpreter:   ☐ Yes   X No     List language and/or dialect: _____

**Matter to be SEALED:**   ☐ Yes   X No

   X Warrant Requested       ☐ Regular Process       In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   X Felony __2 counts__

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: __May 27, 2004__   Signature of AUSA: __David G. Tobin__
__Dec. 16, 2004__

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Troy Brewer

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Hydrocodone | One |
| Set 2 | 21/841(a)(1) and 18/2 | Distribution of Hydrocodone/Aiding & Abetting | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

ellard.js45.form2.wpd - 2/7/02