IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 04-10167-RCL |
| v.            ) | |
| ) | |
| **TROY BREWER**       ) | |
| **Defendant.**    ) | |

### GOVERNMENT'S MOTION TO MODIFY PRETRIAL ORDER

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and David G. Tobin, Assistant U.S. Attorney, moves this Honorable Court to modify the Pretrial Order it issued after the February 8, 2005 status hearing in the above-captioned case. In support of its motion, the United States avers the following:

1) On February 8, 2005, the above-captioned case was before the Court for a status conference. At that time, counsel for the defendant informed the Court that the defendant intended to maintain his plea of not guilty. The Court scheduled the defendant's trial for May 2, 2005, and set other dates for discovery compliance for the United States and the defendant. The United States was ordered to make certain disclosures to the defense by April 11, 2005.

2) Since February 8, 2005, counsel for the defendant has twice informed the undersigned that the defendant intends to plead guilty, and that counsel had informed Court personnel of the defendant's intentions. The undersigned suggested to defendant's counsel that he might want to file notice of the defendant's changed intentions with the Court. The Court's docket does not reflect that any such notice has been filed by the defendant's counsel.

3) The undersigned will be on an out-of-state vacation from April 15, 2005 through April 22, 2005. During that time, the Pretrial Order requires that the government file requests for voir dire, jury

      instructions, motions with supporting memoranda, a witness list, and a trial brief.

The United States respectfully moves this Honorable Court to cancel the May 2, 2005 trial date, as well as the other dates set out in the Pretrial Order. The United States further moves this Court to change the April 29, 2005 pretrial conference date to a final status date.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                        By: _/s/ David G. Tobin_
                            DAVID G. TOBIN
                            Assistant U.S. Attorney

Dated: April 12, 2005