```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 04-10167-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| TROY BREWER | ) | |
| Defendant. | ) | |

## GOVERNMENT'S WITNESS LIST

The United States anticipates calling the following witnesses in the above-captioned case:

1. DEA Special Agent David DiTullio
2. DEA Special Agent Dan Genese
3. DEA Special Agent Steve Story
4. Adam Ellard
5. DEA Special Agent Clem Fisher
6. DEA Task Force Agent April Clarizia
7. DEA Special Agent Paul Karamourtopoulos
8. DEA Group Supervisor Richard Guerard
9. DEA Task Force Agent Sucharski
10. DEA Task Force Agent Tibert
11. Everett Police Officer Cuthbert

                                                  Respectfully Submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                   By:   */s/ David G. Tobin*
                                          DAVID G. TOBIN
                                          Assistant U.S. Attorney

Dated: May 19, 2005