UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

TROY BREWER

CR. NO. 04-10167-RCL

## DEFENDANT'S TRIAL BRIEF

### EVIDENCE

The defendant ("Mr. Brewer") expects the Government's evidence to show that co-defendant (and now cooperating witness) Adam Ellard, with the active assistance of Timothy Herlihy, sold a quantity of vicodin talets to an undercover DEA agent. Troy Brewer was not involved in any way with the communications which set up the sale. He was generally present at the place of the sale, but there will be no evidence that Mr. Brewer possessed or even handled or touched the vicodin, or that he ever touched the money paid for the drugs. The evidence will fail to demonstrate that Mr. Brewer ever received any money from the proceeds from this sale, or that he ever invested his own funds in the drugs sold.

### THE DEFENSE THEORY

The defendant's theory is that Mr. Brewer was merely present at the drug sale, but did not participate in it or benefit from it, and had no intention of aiding or abetting Mr. Ellard and/or Mr. Herlihy. *United States v. Ortiz*, 966 F. 2nd 707, 712 (1992).

DEFENSE EXHIBITS AND WITNESSES

The defense will not offer any witnesses or exhibits at trial. The defendant himself has elected not to testify.

Respectfully submitted,

*Roger A. Cox*

Roger A. Cox BBO# 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

Attorney for Defendant

DATED: May 19, 2005

CERTIFICATE OF SERVICE

A true copy of this Brief has been served by both fax and first-class mail upon AUSA David Tobin, One Courthouse Way, Boston, MA 02210, this 19th Day of May, 2005. *Roger A. Cox*