UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAY 20 P 1:47

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES | CR. NO. 04-10167-RCL |
| v. | |
| TROY BREWER | |

### DEFENDANT'S REQUESTED JURY INSTRUCTIONS

The defendant respectfully requests that the following two instructions be included in the Court's charge to the jury:

### MERE PRESENCE

Mere association between the principals and someone accused of aiding and abetting them is not sufficient to establish guilt, nor is mere presence at the scene and knowledge that a crime was to be committed sufficient to establish aiding and abetting. *United States v. Ortiz*, 966 F.2nd 707, 712 (1st Cir. 1992).

### CAUTION AS TO COOPERATING WITNESS

You have heard the testimony of Adam Ellard. He provided and testified for the Government under the terms of a written plea agreement, in which the Government promises to file a motion to reduce his sentence at a later date if he assists in the prosecution. Some people in this position are entirely truthful when testifying. Still, you should consider the testimony of such an individual with particular caution and great care. They may have had reason to make up stories or exaggerate what others did because the wanted to help themselves. *United States v. Hernandez*, 109 F.3d 13, 17 (1997); *United States v. Brown*, 938 F.2nd 1482, 1486 ((1st Cir. 1991).

The defendant expects that the Court's other standard instructions will be satisfactory, but reserves the right to object if appropriate.

Respectfully submitted,

/s/ Roger A. Cox

Roger A. Cox BBO# 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

Attorney for Defendant

DATED: May 19, 2005

## CERTIFICATE OF SERVICE

A true copy of this document has been served by both fax and first-class mail upon AUSA David Tobin, One Courthouse Way, Boston, MA 02210, this 19th Day of May, 2005. /s/ Roger Cox