UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10167-RCL-2 |
| ) | |
| TROY BREWER, ) | |
| ) | |
| Defendant. ) | |

Verdict Form

1. As to count one of the indictment, charging the defendant, Troy Brewer, with conspiracy to distribute hydrocodone, we find the defendant:

   _____ not guilty       \_\_X\_\_ guilty

2. As to count two of the indictment, charging the defendant, Troy Brewer, with aiding and abetting the distribution of hydrocodone, we find the defendant:

   _____ not guilty       \_\_X\_\_ guilty

I certify that the foregoing are the answers of all the jurors and that the jurors all agreed to each answer.

*Mary H. Stevenson*
Foreperson of the Jury

Dated: May 26, 2005