OFFICE OF THE CLERK
**United States District Court**
DISTRICT OF MAINE
www.med.uscourts.gov

| | |
|---|---|
| LINDA L. JACOBSON<br>CLERK | ☒ Edward T. Gignoux Courthouse<br>156 Federal Street, Rm 102<br>Portland, Maine 04101<br>(207)780-3356 |
| | ☐ Margaret Chase Smith Courthou<br>P.O. Box 1007<br>Bangor, Maine 04402<br>(207)945-0575 |

January 15, 2008

U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA  02210

RE:   USA v. TROY BREWER
      D/ME MAG. NO. 08-10-C
      D/MA NO. 1:04cr10167-002-RCL

Dear Sir/Madam:

The above-named defendant having appeared before Magistrate Judge David M. Cohen for a (removal) hearing on January 14, 2008, pursuant to his arrest here in the District of Maine, enclosed please find copies of the following:

1. Certified copy of docket
2. Certified copy of Commitment to Another District
3. Certified copy of Waiver of Rule 32.1 Hearings
4. Copy of Revocation Synopsis/Cover Sheet
5. Copy of Warrant for Arrest of dft
6. Copy of Petition for Revocation of Supervised Release

Please be advised that I expect this defendant to be transported in due course to your District pursuant to the Commitment Order dated January 14, 2008. I further understand that he should be presented to a judicial officer in your district for further proceedings (preliminary revocation hearing).

Sincerely,

Susan L. Hall
Deputy Clerk

Enc.
cc:  Darcie N. McElwee, AUSA
     David R. Beneman, Esq.
     U.S. Marshal Service
     U.S. Probation Office

CLOSED

# U.S. District Court
## District of Maine (Portland)
### CRIMINAL DOCKET FOR CASE #: 2:08-mj-00010-DMC-1

Case title: USA v. BREWER
Other court case number: 04cr10167-RCL-002 USDC, D/MA

Date Filed: 01/11/2008
Date Terminated: 01/14/2008

Assigned to: MAGISTRATE JUDGE DAVID M. COHEN

**Defendant (1)**

TROY BREWER
*TERMINATED: 01/14/2008*

represented by **DAVID R. BENEMAN**
FEDERAL DEFENDER'S OFFICE
ONE CITY CENTER
2ND FLOOR
P.O. BOX 595
PORTLAND, ME 04112-0595
207-553-7070 ext. 101
Email: David.Beneman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA                           represented by **DARCIE N. MCELWEE**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
Email: darcie.mcelwee@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2008 | 1 | Rule 5(c)(3) Documents Received as to TROY BREWER : D/MA Warrant for Arrest with (Attachments: # 1 Petition for Revocation of Supervised Release)(slh) (Entered: 01/15/2008) |
| 01/11/2008 | | Arrest (Rule 5) of TROY BREWER per USMS (slh) (Entered: 01/15/2008) |
| 01/14/2008 | 2 | Revocation SYNOPSIS as to TROY BREWER (slh) (Entered: 01/15/2008) |
| 01/14/2008 | 4 | Minute Entry for proceedings held before MAGISTRATE JUDGE DAVID M. COHEN:Rule 32.1 Hearing held: Defendant advised of rights, Attorney Appointment Hearing held as to TROY BREWER, Added attorney DAVID R. BENEMAN for TROY BREWER, dft waived identity. Dft remanded to custody of US Marshal for transport to D/MA. (Court Reporter Lori Dunbar) (slh) (Entered: 01/15/2008) |
| 01/14/2008 | 5 | WAIVER of Rule 32.1 Hearings by TROY BREWER (slh) (Entered: 01/15/2008) |
| 01/14/2008 | 6 | COMMITMENT TO ANOTHER DISTRICT By MAGISTRATE JUDGE DAVID M. COHEN as to TROY BREWER. Defendant committed to District of MA. (slh) (Entered: 01/15/2008) |

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT
District of Maine

JAN 14 2008
LINDA L. JACOBSON, CLERK
BY, DEPUTY CLERK

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| TROY BREWER | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:04cr10167-002-RCL | 08m10c | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other   Petition for Revocation of Supervised Release

Charging a violation of 18 U. S. C. § 3583

**DISTRICT OF OFFENSE** MA

**DESCRIPTION OF CHARGES:** violation(s) of supervised release

**CURRENT BOND STATUS:**
☐ Bail fixed at     and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language:

DISTRICT OF MAINE

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1/14/08
Date

David M. Cohen
Magistrate Judge DAVID M. COHEN

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

V.

TROY BREWER

Defendant

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

CASE NUMBER: 08m10c

CHARGING DISTRICTS
CASE NUMBER: 04-10167-RCL-002

I understand that charges are pending in the --- District of Massachusetts alleging violation(s) of ____Supervised Release____ and that I have been arrested in this district and
(Probation / Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(1) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ☐ ) identity hearing

( ☐ ) preliminary hearing

( ☒ ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____1/14/08_____          _____
Date                              Defendant

                              _____
                              Defense Counsel

Prob 12C                                   -3-                    Petition for Warrant or Summons
                                                                   for Offender Under Supervision

# ME100

## SUPERVISED RELEASE VIOLATION COVER SHEET

**NAME:** Troy Brewer

**Y/O/B:** 1967

**Offense(s) of Conviction and Classification:**

Count I- Conspiracy to Possess with Intent to Distribute, and Distribution of Hydrocodone, Class D Felony

Count II- Possession with Intent to Distribute and Distribution of Hydrocodone, Aiding and Abetting, Class D Felony

**Original Sentence and Date Imposed:**   Imprisonment - Forty-one (41) months
                                          Supervised Release - Twenty-four (24) months

                                          Imposed: September 12, 2005

**Available Penalties for Current Violation (with statutory reference):**

   **Imprisonment:** Two (2) years, pursuant to 18 U.S.C. 3583(e)(3), both counts

   **Additional Period of Supervised Release:** Life, less any term of imprisonment imposed, pursuant to 18 U.S.C. § 3583(h)

**Supervising Probation Officer:** Matt Brown

◆AO 442   (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

TROY BREWER

**WARRANT FOR ARREST**

Case Number: 04-10167-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Troy Brewer
                                                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☒ Supervised Release    ☐ Violation Notice
    Violation Petition      Violation Petition      Violation

charging him or her with (brief description of offense)
violation of conditions of release (see attached)

in violation of Title _____ United States Code, Section(s) _____

Lisa M. Hourihan                     /s/ Lisa M Hourihan
Name of Issuing Officer                 Signature of Issuing Officer

Deputy Clerk                      10/09/2007          Boston, MA
Title of Issuing Officer                       Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Prob12C
DMA (3/2005)

**SEALED - pending arrest**

## United States District Court
### for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Troy Brewer        **Case Number:** 04 CR 10167-002-RCL

**Name of Sentencing Judicial Officer:** The Honorable Reginald C. Lindsay

**Date of Original Sentence:** 9/12/05

**Original Offense:** Conspiracy to Possess with Intent to Distribute, and to Distribute Hydrocodone in violation of 21 U.S.C. 846 and Possession with Intent to Distribute and Distribution of Hydrocodone in violation of 21 U.S.C. 841(a)(1)

**Original Sentence:** 41 months custody followed by 2 years supervised release

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 5/24/07

**Asst. U.S. Attorney:** David G. Tobin        **Defense Attorney:** Roger Cox

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

In response to Mr. Brewer testing positive for cocaine on 5/31/07, 6/20/07, and 6/25/07, Mr. Brewer's conditions were modified to include a 90 day placement in a Residential Re-entry Center and abide by all the rules of that facility with the expectation that the condition be satisfied subsequent to the completion of a 90 day inpatient substance abuse treatment placement. The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**      **Nature of Noncompliance**

I      <u>The defendant shall reside in a Residential Re-entry Center for a period of 90 days and abide by the rules of that facility.</u>

Arrangements had been made for Mr. Brewer to report directly from long-term residential substance treatment at the Miller House to the Correctional Alternative Center (CAC) in Lawrence, MA on 9/26/07. The plan was for Mr. Brewer to commute by bus to North Station in Boston and take the commuter rail to Lawrence. Mr. Brewer was given the address to the facility and phone number to obtain directions from the train station in Lawrence.

The Probation Officer made it clear to Mr. Brewer that he was to report directly to the facility after release from the Miller House. Mr. Brewer's counselor at the Miller House was aware of these plans and provided Mr. Brewer with a bus ticket and enough money to purchase a ticket for the commuter rail. He also confirmed that Mr. Brewer made contact with the facility by phone to obtain directions from the train station in Lawrence. Mr. Brewer failed to report to the CAC in Lawrence as required.

Prob 12C                                    - 2 -           Petition and Affidavit for Warrant or Summons
                                                                   for Offender Under Supervision

    II    <u>The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.</u>

Mr. Brewer has not contacted the Probation Department to report any change in residence and his whereabouts remain unknown.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
- [X] Revoked
- [ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed/Approved by:                             Respectfully submitted,

(MG) FoR *Brian McDonald* [signature]    By  [signature]
Brian McDonald                                   Michael J. Galluzzo
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 Date: 9/28/07

**THE COURT ORDERS**
- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Other

[signature]
Signature of Judicial Officer
10/5/07
Date