AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FILED
CLERKS OFFICE
2008 JAN 25 P 2: 29
U.S. DISTRICT COURT
OF MASS.

UNITED STATES OF AMERICA

V.

TROY BREWER

**WARRANT FOR ARREST**

Case Number: 04-10167-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Troy Brewer_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release  ☐ Probation  ☑ Supervised Release  ☐ Violation Notice
   Violation Petition   Violation Petition   Violation

charging him or her with (brief description of offense)
violation of conditions of release (see attached)

in violation of Title _____ United States Code, Section(s) _____

| Lisa M. Hourihan | _Lisa M Hourihan_ (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 10/09/2007      Boston, MA |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

, USMS ME

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/11/08 | |