AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

United States _____ District of _____ Massachusetts

UNITED STATES OF AMERICA

V.

Troy Brewer

**WARRANT FOR ARREST**

Case Number: 1:04-CR-10167- RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Troy Brewer _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

in violation of Title ___21___ United States Code, Section(s) ___841 (a)(1)___

Steve York
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

7/15/2008                    Boston
Date                         Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY USMS
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/29/08

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |