AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA
v.
**TROY BREWER**

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 1: 04 CR 10167 - 002 - GAO

STYLIANUS SINNIS, ESQUIRE
Defendant's Attorney

Date of Original/Amended Judgment:   9/21/05

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) _____ of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | The defendant is to reside for a period of 3 months in a Residential Reentry Center at the commencement of his term of supervised release at the direction of the US Probation Office. The defendant shall observe all of the rules of that facility. | 06/27/08 |
| II | The defendant shall notify the probation officer ten days prior to any change of residence or employment | 06/27/08 |

☐ See continuation page

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00-00-1967

Defendant's USM No.: 25237-038

Defendant's Residence Address:

Defendant's Mailing Address:
Same as above

08/07/08
Date of Imposition of Judgment

The Honorable George A. O'Toole
Signature of Judicial Officer

Judge, U.S. District Court
Name & Title of Judicial Officer

August 8, 2008
Date

Continuation Page - Nature of Violations

| CASE NUMBER: | 1: 04 CR 10167 - 002 - GAO | Judgment - Page of |
|---|---|---|
| DEFENDANT: | TROY BREWER | |

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| III | The defendant shall report to the probation officer as directed by the court or probation officer, and shall submit a complete and truthful report within the first five days of each month | 06/27/08 |

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER: 1: 04 CR 10167 - 002 - GAO  
DEFENDANT: TROY BREWER

Judgment - Page of

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

The previous period of supervised release is REVOKED and the defendant is to be imprisoned for a term of EIGHT (8) MONTHS.

[x] The court makes the following recommendations to the Bureau of Prisons:

The court recommends to the Bureau of Prisons that they take into account the defendant's medical condition when designating a facility.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
  [ ] at _____ on _____
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _____ on _____
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal